O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7804 AHM (OPx) | Date | June 2, 2008 |
|---|---|---|---|
| Title | MIKE ZAVALA, *et al.* v. CITY OF UPLAND, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court overrules the City of Upland's "Objection to Plaintiffs' Amendments to Complaint Identifying Does."

:

Initials of Preparer     SMO