JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MIKE ZAVALA, AUGUSTINA ZAVALA and M.Z., by and through his guardian ad litem, Augustina Zavala,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF UPLAND and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: CV07-07804 AHM (OPx)<br><br>**ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION**<br><br>JS-6 |

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as to all defendants.

DATED:  December 5, 2008

_____
Honorable A. Howard Matz
U.S. District Court Judge